```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV017254
Cashier ID: wprescot
Transaction Date: 07/03/2013
Payer Name: The Pate Law Firm
------------------------------------
CIVIL FILING FEE
 For: The Pate Law Firm
 Case/Party: D-GAS-4-13-CV-000165-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 6065
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```