# EXHIBIT 1

# Wooden Bedroom Furniture Collections Sold by Bassett Mirror Company, Inc.

## "Borghese" / Neiman Marcus - "Amelie" / Macy's - "Marais" / Z Gallerie - "Borghese"

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| 8311-225 | Small Nightstand | Granite Top Commode |
| 8311-227 | Lingerie Chest | Bath Linent Chest |
| 8311-567 | Armoire | Media Cabinet |
| 8311-579 | Vanity - 2 | Lady's Writing Desk |
| 8311-766 | Dresser Chest | Three Drawer Hall Chest |
| 8311-767 | Commode / Nightstand | Two Door Hall Chest |
| 8311-911 | Wide Dresser | Grand Hall Chest |
| 8311-913 | Vanity - 1 | Kidney Shaped Desk |
| 8311-921 | Tall Chest | Grand Pantry Chest |
| 8311-990 | Large Nightstand | Library Commode |

## Old pre-fix for "Borghese" Dressers

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| 1013-910 | Wide Dresser | Discontinued |
| 1013-921 | Tall Chest | |

## Variation of Borghese that was made for Haverty's around 2007

| Item No. | Actual Item |
|---|---|
| B1197-567 | Armoire |
| B1197-910 | Dresser |
| B1197-920 | Tall Dresser |
| B1197-960 | King Headboard |
| B1197-950 | Full/Queen Headboard |
| B1197-990 | Nightstand |
| B1197-227A | Linen Jewelry Chest |

## "Chelsea"

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T1230-910 | Wide Dresser | Mirrored DWR Console |
| T1230-920 | Tall Chest | Tall Mirrored Chest |
| T1230-990 | Nightstand | Mirrored Chest |

## "Collete" / Neiman - "Claudia"

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T1267-990 | Commode / Nightstand | Cabriole Leg Commode |
| T1267-913 | Vanity | Cabriole Leg Desk |
| T1267-927 | Jewelry Armoire | Jewelry Chest |
| T1267-766 | Small Dresser Chest | Fluted Leg Hall Chest |

## "Regency" / Neiman Marcus - "Logan"

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2000-910 | Wide Dresser | Discontinued |

| T2000-225 | Small Nightstand | Two Door Commode |
| T2000-766 | Dresser Chest | Regency Hall Chest |
| T2000-913 | Vanity | Knee Hole Desk |
| T2000-990 | Nightstand | Library Commode |

### "Reflections" / Neiman Marcus - "Dresden"

| Item No. | Actual Item | BMC Furnishweb |
| --- | --- | --- |
| T2055-203 | Small Nightstand | Chest |
| T2055-204 | Small Nightstand | Small Chest |
| T2055-990 | Nightstand | Mirrored Commode |
| T2055-766 | Dresser Chest | Hall Chest |
| T2055-767 | Dresser Chest | Hall Chest |
| T2055-910 | Wide Dresser | Hall Grand Console |
| T2055-920 | Tall Dresser | Grand Pantry Chest |

## Newly Released Bedroom Collections

### "Murano" / Neiman Marcus - "Shilo" / Z Gallerie - "Omni" / Macy's - "Sophia"

| Item No. | Actual Item | BMC Furnishweb |
| --- | --- | --- |
| T2624-203 | Small Nightstand | Chest |
| T2624-225 | Commode | Chairside Chest |
| T2624-227 | Lingerie Chest | Bath Linen Chest |
| T2624-766 | Dresser Chest | Three Drawer Hall Chest |
| T2624-910 | Wide Dresser | Grand Hall Chest |
| T2624-920 | Tall Dresser | Tall Chest |
| T2624-990 | Nightstand | Commode |

### "Chapman" / Z Gallerie - "Simplicity"

| Item No. | Actual Item | BMC Furnishweb |
| --- | --- | --- |
| D2752-910 | Wide Dresser | 9 Drawer Chest |
| T2752-225 | Small Nightstand | Side Chest |
| T2752-920 | Tall Dresser | Tall Chest |
| T2752-766 | Dresser Chest | Hall Chest |

### "Palazzina" / Z Gallerie - "Palais"

| Item No. | Actual Item | BMC Furnishweb |
| --- | --- | --- |
| T2815-990 | Nightstand | Night Chest |
| T2815-766 | Dresser Chest | Hall Chest |
| T2815-910 | Wide Dresser | Grand Console |
| T2815-920 | Tall Dresser | Tall Chest |

### "Charisse"

| Item No. | Actual Item | BMC Furnishweb |
| --- | --- | --- |
| T2831-203 | Small Nightstand | Chairside |
| T2831-225 | Commode / Nightstand | Door Chest |
| T2831-766 | Dresser Chest | Hall Chest |

**"Villa Granada"**

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2810-225 | Nightstand Commode | Small Side Chest |
| T2810-766 | Dresser Chest | Hall Chest |
| T2810-910 | Wide Dresser | Hall Console |
| T2810-920 | Tall Dresser | Tall Chest |

**"Hampton"**

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2619-225 | Nightstand / Commode | Commode Table |
| T2619-766 | Dresser Chest | Hall Chest |

**"Lattitude" (Light Color)**

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2525-203 | Smaller Nightstand | Burlap Chairside Chest |
| T2625-225 | Small Nightstand | Burlap Commode |
| T2626-766 | Dresser Chest | Burlap Hall Chest |
| T2625-921 | Tall Dresser | Burlap Linen Chest |

**"Lattitude" (Darker Color)**

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2670-203 | Smaller Nightstand | Chairside Chest |
| T2670-225 | Small Nightstand | Burlap Commode |
| T2670-766 | Dresser Chest | Hall Chest |
| T2670-921 | Tall Dresser Chest | Linen Chest |

**"Prisms"**

| Item No. | Actual Item | BMC Furnishweb |
|---|---|---|
| T2067-766 | Dresser Chest | Mirroed Hall Chest |
| T2067-990 | Nightstand | Chairside Chest |

**Accent Furniture**

| Item No. | Actual Item | BMC Description |
|---|---|---|
| A2018 | Mirrored Jewelry Chest | Contessa Mirrored Jewelry Chest |

**Neiman - "Clairmonte"**

| Item No. | |
|---|---|
| T1541-990 | Nighstand |
| T1541-910 | Dresser |
| T1541-920/921 | Tall Dresser |

# EXHIBIT 2-A




http://www.bassettmirror.com/catalog.cfm?cat=X&L=4&group=X1&suite=8311   [Go]



# Bassett Mirror

**We make more than Mirrors that are Worth Looking Into**

Catalog -> Bedroom -> Borghese     [Find]



| 8311-567 | 8311-591 | 8311-990 | 8311-913 |
|---|---|---|---|
| Armoire | Linen Cabinet | Nightstand | Accent Vanity |

227
Lingerie Chest

# EXHIBIT 2-B



# EXHIBIT 3



 Enter Keyword or Item #    **Search**

Home    Furniture    Home Accents    Retail Locator    Retail Registration    About Us

Accents    Living Room Tables    Casual Dining    Mirrored Furniture



## Furniture : Mirrored Furniture



8311-130
"Borghese" Square
Cocktail



8311-200
Borghese Rect End



8311-220
"Borghese" Round
Scatter Table



8311-225
"Borghese" Commode



8311-227
"Borghese" Jewelry
Armoire



8311-472
Borghese Hall Console



8311-567
"Borghese" Media
Cabinet



8311-576
"Borghese" Buffet



8311-579
Borghese Lady's Writing
Desk



8311-601
Borghese Dining
Pedestal Base



8311-765
"Borghese" Hall Chest



8311-911
"Borghese" Drawer
Console



8311-913
Borghese Kidney
Shaped Desk



8311-921
"Borghese" Mirrored
Chest



8311-990
"Borghese" Magazine
Chest



D1267-576
Collette Breakfront
Server



D2055-700
Reflections Dining Base



D2055-906
Reflections Rd Glass Top



D2624-576
Murano Buffett



D2624-600
Murano Dining Pedestal
Base



D2752-576
Chapman Server



D2752-640
Chapman Oval Dining
Base



D2752-938
Chapman 3/8clear Rect
1bevel



T1230-127
"Chelsea" Wall Mirror
44x46



T1230-910
"Chelsea" Six Drawer
Console



T1230-920
"Chelsea" Mirrored



T1230-990
"Chelsea" Magazine



T1267-130
Collette Sq Cocktail

T1267-200
Collette Rect End



T1267-400
Collette Cabriole Leg
Console



T1267-755
"Collette" Hall Chest



T1267-913
"Collette" Writing Desk



T1267-927
"Collette" Jewelry Armoire



T1267-990
"Collette" Chairside Chest



T2055-100
Reflections Rect Cocktail



T2055-203
Reflections Chest



T2055-400
Reflections Console



T2055-576
Reflections Breakfront Server



T2055-766
Reflections Hall Chest



T2624-131C
Murano Sq Cocktail With Casters



T2624-203
Murano Chest



T2624-225
Murano Chairside Chest



T2624-227
Murano Bath Linen Chest



T2624-400
Murano Console



T2624-766
Murano 3 Drawer Hall Chest



T2624-841
Murano Bench



T2624-990
Murano Commode

Home     Retail Locator     Retail Registration     About Us     Contact Us     FurnishWEB     Login

© 2011 Bassett Mirror Company, Inc.    |    Design + Programming by Chatmoss Web Systems

# EXHIBIT 4-A



# EXHIBIT 4-B



# EXHIBIT 5-A



# EXHIBIT 5-B



# EXHIBIT 6-A

Bassett Mirror Company, Inc.
P.O. Box 627
Bassett, VA 24055-0627
Ph 276-629-3341 Fax 276-629-3709

Bassett Mirror Company, Inc.
P.O. Box 60756
Charlotte, NC 28260

**INVOICE**

| Date | Number |
|------|--------|
| 3/31/10 | 186028 |

PAGE     1

Sold To:   331270

GLAM FURNTITURE, LLC
110 SANDUSKY STREET, N. E.
HUNTSVILLE AL 35801

Ship To:

JANE MCEROY
350 EAST 79TH ST., APT 39C
NEW YORK NY 10075

| Sales Territory: | 63 BOYD MARKS | Customer Order#: 1418654-MCE | | Ack#: 275344 |
|---|---|---|---|---|
| Bill of Lading/Manifest# | 79955 | Customer Order Date: | 1/18/10 | |
| Ship Info: | ABF FREIGHT SYSTEM | Mark for: | 212-794-7234 | |

| Quantity | Item Number | Item Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | T1230-910 | 6 DRAWER DRESSER<br>Prices Reflect  5.00% Discount | 488.30 | 488.30 |

| | | | | |
|---|---|---|---|---|
| | Net 90 | | | 488.30 |

**I N V O I C E**

Total Invoice Amount

Do not return any goods without our permission. All claims for damage or loss or shortage must be made at the transportation company. We are not responsible after failure item as receiving good order.

Customer Copy (1)

# EXHIBIT 6-B

Bassett Mirror Company, Inc.
P.O. Box 627
Bassett, VA 24055-0627
Ph 276-629-3341 Fax 276-629-3709

Bassett Mirror Company, Inc.
P.O. Box 60756
Charlotte, NC 28260

| 1/19/12 | 248253 |

PAGE 1

Sold To: 331270

$GLAM FURNITURE, LLC
110 SANDUSKY STREET, N. E.
HUNTSVILLE AL 35801

Ship To: 5596

W. ANDREW HUBBARD
405-478-7378
6600 AVONDALE DRIVE
NICHOLS HILL OK 73116

Sales Territory:   63 BOYD MARKS
Bill of Lading/Manifest#   87785
Ship Info:  METROPOLITAN TRUCKING

Customer Order#: 2917173-HUBB
Customer Order Date:   1/13/12
Mark for:

Ack#: 338810

| | | | | |
|---|---|---|---|---|
| 1 | T1230-910 | Mirrored Hall Grand Console | 664.05 | 664.05 |

Net 90

664.05

I N V O I C E

Do not return any goods without our permission. All claims for damage or loss in shipment must be made on the transportation company. We are not responsible after taking their receipt in good order.

Customer Copy (1)

# EXHIBIT 7

**From:** Boyd Marks [mailto:boydeco@hotmail.com]
**Sent:** Saturday, December 17, 2011 12:56 PM
**To:** Kelly Wells
**Subject:** Great Picture

Hey Kelly,

Have you seen this picture?



# EXHIBIT 8-A



# EXHIBIT 8-B



# EXHIBIT 9

OVER $1500? Call or email me for a discount* (on most orders)

► REQUEST INFO

Barbara op For Furniture

SHOP BY ROOM | SHOP BY ITEM | SHOP BY BRAND | SHOP BY STYLE | SALE ITEMS

Search by Keyword or Model Number



MOUSE OVER TO ZOOM



Enlarge Image

View Entire Collection

Manufacturer Details

Finish the Room

Construction Quality

economical                    premium

# Chelsea Mirrored Nightstand

**Manufacturer: Bassett Mirror Company, Chelsea Collection**

MODEL# T1230-990

OUR PRICE: **$810.00**

► ADD TO CART

"Add to cart" to see shipping cost

List Price: $1215.00   Save 33%

## Select

Finish      | Cappuccino Finish ▼ |
Quantity    |                     |

Shipping Method: White Glove Learn More

→ About the Finish

**SHOP WITH CONFIDENCE**

► **Low Price Guaranteed** *
► **No-Hassle Returns** *
► **In-Home Delivery & Set-Up** *

* See Details

Share and Bookmark:

    Pin it

(No reviews)

Be the first to Write a Review

## Features:
● Clear mirrored fronts
● Sides and tops are framed in cappuccino finish on selected hardwood

(See Full Description)

## This Price Includes:
● Chelsea Mirrored Nightstand

| Item: | Weight: | Dimensions: |
|---|---|---|
| Chelsea Mirrored | | |

# EXHIBIT 10

# HomeFurnitureShowroom

a **Lobis** company

1.800.390.3309
Request a Call

LIVE CHAT
Available Now

Mon-Fri 4am-10pm PST
Sat-Sun 5am-8pm PST

Account | Order Status | DIY Toolkit | Pro Services | Help | Rewards | Daily Deals

**Search for Furniture**

**Special Offers and Discounts** by email — Enter Your Email

**FREE SHIPPING** when you spend $29 +

**International Shipping** available through BONGO

**No Hassle Returns** every day.

Home > Furniture > Bedroom Furniture > Nightstands > Transitional Furniture > Bassett Mirror 8311-990 Borghese Hall

Tweet | Like | 0



4039124S

## Bassett Mirror 8311-990 Borghese Hall Chest Nightstand
Part of the Borghese Collection by Bassett Mirror Company

2 Customer Reviews | Write a Review

| | |
|---|---|
| List Price | $1,487.50 |
| Price | **$950.00** + Free Delivery |
| You Save | $237.50 |
| You Earn | 950 Reward Points |

**In Stock**

Ships Jul 10th - Jul 15th
Delivery Estimate

**Quantity**
1

**Shipping Method**
Free Delivery | What's this?

Add to Compare | Add to Wish List | Add to Project

Return Policy

### Dimensions & Weights

| | |
|---|---|
| **Width** | 36 inches |
| **Height** | 35 inches |
| **BackToFront** | 19 inches |

### Quick Links

Dimensions — Q & A
Reviews — Brand Info

### Overview

Bassett Mirror captures the timeless elegance of antique silvered mirror and handworked antique silver finished wood in the beautifully crafted Borghese. Attention to every detail is key as demonstrated by the beveled antique mirror top, wood encapsulated mirror panels, and meticulous edge treatments. One of Bassett Mirror's all time best seller's Borghese reflects the style and tasteful choices of the most discriminating consumer while delivering tremendous value.

- Fully Beveled Scratch Resistant Antique Silvered Mirror Panels
- Lovely Antique Silver Finish
- Mirror Kent-End Legs

? **Distressed Finish**  No

### Coordinating Items



Bassett Mirror
A1701
$818.00

## Items in this collection

**Item you're currently viewing:**

| | | Qty | Price |
|---|---|---|---|
| | Bassett Mirror 8311-990 Borghese Hall Chest Nightstand | 1 | $950.00 You Save $237.50 |
| | Bassett Mirror 8311-766 Borghese Hall Chest | 1 | $1,430.00 You Save $357.50 |

# EXHIBIT 11

 **ivgStores**          **1-800-380-5056**

ivgStores   Furniture   Decor   Kitchen   Bath   Bedroom   Outdoor   Kids/Babies   Sports/Fitness   Office   More...   Gifts

Search: [_____] [GO]     Account | Order Status | View Cart

You were here: Home > Bedroom > Bedroom Furniture > Dressers & Chests > Mirrored Dresser & Chest



Click to **Enlarge**; Mouse Over to **Zoom**



### Bassett Mirror - 6 Drawer Chelsea Mirrored Dresser w Cappuccino Finish Edging

Item#: 79566

**Special Price: $1,514.88**
List Price: $2,164.11 (Save 30%)
**FREE SHIPPING!**

Pin it   Like [7]

- Chelsea Collection
- Mirror sold separately
- 6 Drawers
- Clear mirrored fronts, sides and tops
- Made of selected hardwood
- No ...

VIEW PRODUCT DETAILS

**Product Rating**

(3 reviews)

Read 3 Reviews · Write a Review
**Deluxe Inside Delivery & Setup**
Usually ships in 2 to 3 weeks for Deluxe White Glove Products, 3-8 Business Days for Small Parcel.
Estimated Delivery Time

**Select Quantity:**   [1]    **ADD TO CART**

View Accessories (3)

Product Details   Brand   Warranty & Returns   Reviews   Product Attributes

- No assembly required
- 60 in. W x 23 in. D x 32 in. H (150 lbs.)

Not the mirrored dresser you were looking for? See our full selection of mirrored dressers.

Product SKU: bas-T1230-910
**Your Order Code: 44f9-7bf**

**Need more information?**
Our staff are available to answer any questions you may have about this item.

REQUEST MORE INFORMATION

**Buy with Confidence**
Join 1000s of Satisfied Customers since 2003.
A Top 500 Internet Retailer.

ACCREDITED BUSINESS

**Shop Securely**
Your security and privacy are our top priorities when you shop with us.

SECURE ORDERING

**Payment Options**
You can use any major credit card, PayPal or Google Wallet.

VISA · MasterCard · AMEX · Discover · PayPal

Select Accessories:

**Bassett Mirror - 5 Drawer Mirrored Chest**
**Our Price: $1,315.20**
FREE SHIPPING
Quantity: [1]   [ ] Add to Order



**Bassett Mirror - 3 Drawer Mirrored Nightstand**
**Special Price:**
**$777.60**
BEST SELLER
Quantity: [1]   [ ] Add to Order



**Bassett Mirror - Beveled Mirror in Cappuccino Finish Trim Edging - Chelsea**
**Our Price: $336.00**
Quantity: [1]   [ ] Add to Order



View Related and Similar Products:

  

Bassett Mirror - Beveled Mirror in Cappuccino Finish Trim Edging - Chelsea

**$336.00** (Save 30%)

Bassett Mirror - 5 Drawer Mirrored Chest

**$1,315.20** (Save 30%)
**FREE SHIPPING**

Bassett Mirror - 3 Drawer Mirrored Nightstand

(10 reviews)

**$777.60** (Save 30%)
**BEST SELLER**

| Find this Product in: | Find Similar Products: | |
|---|---|---|
| 6 Drawer Chest/Dresser | Brand: | Bassett Mirror |
| Mirrored Accent Chests | Best Uses: | Master Bedrooms |
| Mirrored Dresser & Chest | Collection: | Chelsea |
| Mirrored Furniture | Color/Finish: | Brown • Mirrored |
| | Describe Yourself: | High-end Shopper • Midrange Shopper |
| | Drawers: | 5 Drawers |
| | Material: | Glass • Wood |
| | Price Range: | $1200 and above |
| | Product Type: | Dressers & Chests |
| | Promotions: | Free Shipping |
| | Pros: | Ample Storage • Attractive Design • Durable • Easy Assembly • Great Quality • Sturdy |
| | Reviews: | Reviewed • Top Rated |

## ivgStores: Huge Selection, Superb Quality, Great Prices

Need help finding something? Looking for a particular item? Need faster delivery? Want a quantity discount?
Call today to discuss your specific needs. Our staff is available via phone or email to answer any questions.
**1-800-380-5056**

**Order today and save!**
# 1-800-380-5056

| About Us: | About Us | Privacy | Legal | Site Map |
| Customer Service: | Contact | Return Policy | Shipping | Resources |
| Your Account: | Sign In | Order Status | View Cart |

**Your Order Code: 44f9-7bf**

**Follow Us** 

**Share**

**ivgStores**
An ivgStores®
Company

 SECURE ORDERING  VISA  AMEX  PayPal 

ACCREDITED BUSINESS
BBB Rating: A+
Click for Review

Copyright © 2003-2013 ivgStores, LLC.

# EXHIBIT 12

Login    Search Inventory

Home    Locations    Catalog    Press    GALLERY    Subscribe    Careers    MY SCRAPBOOK    CONTACT

Now In: **Furniture** → **Bedroom** → Borghese Dresser 38W/21D/55H


**Calgary**


**Edmonton**


**Vancouver**


**Victoria**

**GALLERY**

**Pinterest**
Chintz on
Pinterest!


**The Attic**

**Borghese Dresser 38W/21D/55H**
ANTIQUE SILVER MIRRORED TALL DRESSER
5 DRAWERS

☑ **E-mail this product to a friend**

SKU:                    189832 BS2

View larger image

Quantity: 1    Add to Scrapbook    Add to Gift Registry

previous product | category | next product

Gift Registry    Chintz Card    Payments    About Us    Careers    Privacy    Terms & Conditions    Home

© Copyright all rights reserved 2011 Chintz & Company

# EXHIBIT 13

**From:** Boydeco@hotmail.com [mailto:Boydeco@hotmail.com]
**Sent:** Monday, February 13, 2012 5:07 PM
**To:** Kelly Wells
**Subject:** Fwd: Bedroom customs issue

Sent from my iPad

Begin forwarded message:

> **From:** "Bill Frazier" <billfrazier@bassettmirror.com>
> **Date:** February 13, 2012 8:44:36 AM CST
> **To:** "Boyd Marks" <boydeco@hotmail.com>
> **Subject: FW: Bedroom customs issue**
>
> Have not heard from you yet - have you firmed this up with Glam yet – need to know today

---

> **From:** Bill Frazier [mailto:billfrazier@bassettmirror.com]
> **Sent:** Thursday, February 09, 2012 3:08 PM
> **To:** Joe Accolla; 'Diane Accolla'; 'Lois Bienstock @ Alan Paster'; 'R BOHM'; 'ABurns3663@aol.com';
> 'Andrew Cargerman'; 'Judy Cargerman'; 'cohenassociates@verizon.net'; 'Jerry Davis';
> 'johndeckerjr@aol.com'; 'Danlfay@aol.com'; Bill Fullerton; 'Michelle Rutledge'; 'Donald Kruczek';
> Franco Gallo (GAtrain13@aol.com); 'Brenton'; 'Scott Youngblood'; 'Teebird60@aol.com';
> 'EHer3470@aol.com'; 'Ray Hilliard'; 'Ryan Hilliard'; 'kahvbf@yahoo.com'; 'Fred White'; 'Wayne
> Baker'; Boyd Marks; Rita Maxson ; 'Lloyd Maxson'; 'Sheila McCall'; 'Dave Mulder'; Chuck Peters;
> 'eric peters'; 'brookswork2001@yahoo.com'; 'Jay Rue'; 'Zachery24@aol.com'; 'Ron sherman'; 'Gary
> Starr'; 'Don Thomas'; 'Ricardo Gonzalez'; 'Art Gardea'; 'Clint Heatley'; 'Brianne Gardea'; 'michelle
> grant'; 'Bri Gardea'; 'Ryan Whitman'
> **Cc:** 'Becky Koger'; 'Spencer Morten III'; 'Jerry E. Dodson'
> **Subject:** Bedroom customs issue
> **Importance:** High

We had an incident with one of our retailers today stemming from a customs audit at their company. The customs department has mistakenly identified the A1500 Tic Tac Toe chest as a bedroom piece. This chest is not - in any way - a bedroom item – it is in fact a decorative accessory chest as our sales photography clearly shows and it is not marketed as a bedroom item. It does not have the functionality required of a bedroom item. We have discovered that some On Line – E Commerce retailers are listing the Tic Tac Toe chest under their bedroom and /or dresser selections which is *totally unacceptable* as there are sever penalties involved by this misrepresentation. Fines are substantial for bedroom violations – we do not need this to become an issue with customs because of E Commerce accounts. *YOU NEED TO CALL ALL OF YOUR E COMMERCE / ON LINE ACCOUNTS TODAY AND ADVISE THEM THAT THIS CHEST CAN NOT BE LISTED IN THEIR BEDROOM SECTION UNDER ANY CIRCUMSTANCES – IF NECESSARY WE WILL PULL THE ITEM FROM THEIR SITE.* I need your confirmation that this has been done to me tomorrow – **no exceptions.** If we find any e commerce / on line account that is listing this item as a bedroom piece in your territory after tomorrow you will force us to claw back all commissions you have been paid on this item. You will need to review all of your e commerce accounts to make sure they are listing this item on their website correctly and not inferring that it is a bedroom item.

AS I HAVE STATED ABOVE – THIS IS AN URGENT ISSUE THAT REQUIRES YOUR ATTENTION NOW.

Bill

# EXHIBIT 14

sign in   my account   stores   customer service

Search or enter web ID        🔍          my bag (0)

FOR THE HOME   BED & BATH   WOMEN   MEN   JUNIORS   KIDS   BEAUTY   SHOES   HANDBAGS & ACCESSORIES   JEWELRY & WATCHES   SALE

AMERICAN★ICONS   the giftguide   deals & promotions   gift cards   wedding registry

## Marais Bedroom Furniture Sets & Pieces, Mirrored  Web ID: 619791

★★★★★  4 reviews

Special Savings

**LIMITED-TIME SPECIAL** Limited-time Special! Special Savings End 7/4. details

**choose your items ⌄**

### Product Details

An antique finish for a fresh start. Redesign your bedroom with this royal, refined collection, which features inset mirror faces, silver-accented hardware and leaf framing that give your space a sophisticated air. Please select a specific furniture piece or set for more information.

- Imported
- All dimensions listed are approximate
- Please select specific furniture piece or set for dimensions.
- Learn more about our furniture & mattress delivery fees
- Learn more about our furniture return policies

**Colors in this collection:**

ORDER NOW:

### Call 1-800-BUY-MACY (289-6229)

We're available Mon-Sat 8AM-12AM ET, Sun 8AM-12AM ET

📞 order by phone    ✉ email

macys.com and Macy's stores operate separately; products and **prices** offered at each may be different. For more information read our Online Pricing Policy at

not s. what to ge

crea a po

### Choose Your Items

Color: Full | Queen | King | California King | Pieces

  

Marais Bedroom Furniture, Queen 3 Piece Set (Bed, Mirrored Console and Mirrored Small Chest)

Color: Please select

Reg. $3,397.00
Was $2,499.00
Sale $2,199.00
**LIMITED-TIME SPECIAL**
Sale ends 7/4/13



Marais Bedroom Furniture, Queen 3 Piece Set (Bed, Mirrored 3-Drawer Chest and Mirrored Small Chest)

Color: Please select

Reg. $3,197.00
Was $2,299.00
Sale $2,049.00
**LIMITED-TIME SPECIAL**
Sale ends 7/4/13





**Victoria Queen Bed**

Color: Beige

Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $1,299.00
Was $999.00
Sale $899.00

LIMITED-TIME SPECIAL

Sale ends 7/4/13

---

**Marais Chest, Mirrored Small Chest**

Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $699.00
Sale $499.00

Sale ends 7/7/13

---



**Marais Chest, 7 Drawer Mirrored Chest**

Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $1,399.00
Sale $1,099.00

Sale ends 7/7/13

---



**Marais Chest, 3 Drawer Mirrored Chest**

Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $1,199.00
Sale $899.00

Sale ends 7/7/13

---

**Marais Mirror, Mirrored Floor Mirror**

Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $699.00
Sale $499.00

Sale ends 7/7/13

---

**Victoria Bench, Storage**

Color: Beige



Please call 1-800-BUY-MACY to confirm availability and schedule delivery.

Reg. $599.00
Sale $399.00

Sale ends 7/7/13

---

Sale end dates vary. Please check item details for more information.

www.macys.com/pricingpolicy

recently viewed items (0)

# EXHIBIT 15



ASSISTANCE    YOUR ACCOUNT    SHOPPING CART

Save on Charisma bed & bath
Lowest prices of the season! Shop

Search...

**FURNITURE**

FURNITURE : BEDROOM

**BEDROOM**

BEDROOM









BEDS & BED COLLECTIONS    HEADBOARD    BEDSIDE TABLES & DRESSERS







ACCENT FURNITURE    BEDROOM MIRRORED FURNITURE    BEDROOM HOW-TOS



VIEW ALL BEDROOM

BEDROOM IDEAS



VERSATILE BASICS. WOW ACCENTS. RELAXED PRICES.
SHOP THE HORCHOW NOW COLLECTION

ENTER E-MAIL FOR SPECIAL OFFERS & UPDATES    GO

# EXHIBIT 16



Save on Charisma bed & bath
Lowest prices of the season! Shop

ASSISTANCE    YOUR ACCOUNT    SHOPPING CART

Search...

**FURNITURE**

FURNITURE : BEDROOM : **BEDROOM MIRRORED FURNITURE**

FILTER BY:    DESIGNER    |    PRICE    |    SPOTLIGHT ON    |    CLEAR

NEWEST FIRST    31    30    1    NEXT

**BEDROOM MIRRORED FURNITURE**

"KEISHA" MIRRORED CHEST
$1179
New lower shipping fee

"MELROSE" MIRRORED SIDE TABLE
$399

"AVA" MIRRORED BEDROOM FURNITURE
$499 - 2099

"MARY JANE" BENCH
$879

"ASHER" MIRRORED CHEST
$599

"SHILO" MIRRORED BENCH
$859

Case 4:13-cv-00165-RSB-BKE   Document 1-3   Filed 07/03/13   Page 49 of 81





"SHILO" MIRRORED SIDE TABLE
$929

"SHILO" MIRRORED CHEST
$1129

"LILY" MIRRORED CHEST
$899

*HORCHOW NOW*
New lower shipping fee





"AMELIE" MIRRORED LINGERIE CHEST
$979
New lower shipping fee

JOHN-RICHARD COLLECTION
"HOUSHANT" HEADBOARD
$2989

JOHN-RICHARD COLLECTION
"GATSBY" MIRRORED CHEST
$4899





"DENISON" MIRRORED BENCH
$629

MIRRORED DESK & PILLAR CHAIR
$1118.90 - 1509
New lower shipping fee

JOHN-RICHARD COLLECTION
MIRRORED WRITING DESK
$2069



"HANNAH" MIRRORED CHEST
$999
New lower shipping fee

JOHN RICHARD COLLECTION
"ORLEANS" MIRRORED CHEST
$5179



"CLAUDIA" MIRRORED CHEST
$879

"CLAUDIA" MIRRORED JEWELRY ARMOIRE
$1429
New lower shipping fee

"DRESDEN" MIRRORED CHEST
$1709 Special Value: $1099
New lower shipping fee

"DRESDEN" MIRRORED SIDE TABLE
$549 Special Value: $499







"IRIS" MIRRORED CHEST
$629 Special Value: $499

"ALYSSA" MIRRORED CHEST
$1019 Special Value: $999
New lower shipping fee

"RYAN" MIRRORED CHEST
$1599 Special Value: $1278.90
New lower shipping fee





"CHELSEA" MIRRORED CHEST
$1599 Special Value: $999

"CLAIRMONTE" MIRRORED NIGHTSTAND
$999 Special Value: $739

"CLAIRMONTE" MIRRORED DRESSER
$2749 Special Value: $1479
New lower shipping fee





"AMELIE" MIRRORED NIGHTSTAND
$869 Special Value: $799
New lower shipping fee

"AMELIE" MIRRORED HALL CHEST
$1299 Special Value: $899
New lower shipping fee

"AMELIE" MIRRORED CABINET
$2499 Special Value: $1999
New lower shipping fee

1    NEXT

**RELATED SEARCHES**

3 drawer glass chest
3 drawer storage chest...
antiqued storage chest...
glass mirrored chest,
wood storage chest,
**More...**

**RELATED ITEMS**


Abalone Side Table
An allover abalone shell
veneer gives this fabulous
little table from Bo...
Quickview


"Hannah" Mirrored Ch...
Use this functional chest
wherever you need a bit
of glamour. Chest is c...
Quickview


"Shilo" Mirrored Sid...
Beading, mirroring, silver
leaf finish—who knew so
much glamour could fi...
Quickview


"Iris" Mirrored Ches...
Add retro style glamour to
any space with this classic
mirrored chest in...
Quickview


VERSATILE BASICS. WOW ACCENTS. RELAXED PRICES.
SHOP THE HORCHOW STUDIO COLLECTION

ENTER E-MAIL FOR SPECIAL OFFERS & UPDATES    GO

CATALOG QUICK ORDER     ONLINE CATALOGS     BLOG     TO THE TRADE     TRAVEL     WISHLIST     ABOUT HORCHOW     NEIMAN MARCUS CREDIT CARD

    

© 2013 Horchow,   Site Map,   Security & Privacy



**Save on Charisma bed & bath**
**Lowest prices of the season! Shop**

Search...

FURNITURE

FURNITURE : BEDROOM : BEDROOM MIRRORED FURNITURE

| | FILTER BY: | DESIGNER | PRICE | SPOTLIGHT ON | CLEAR |

NEWEST FIRST            31                    30                   PREV    2

**BEDROOM MIRRORED
FURNITURE**

"AMELIE" TWO-DOOR MIRRORED CHEST
$869 **Special Value: $599**

PREV    2

## RELATED SEARCHES

3 drawer glass chest...
3 drawer storage chest...
antiqued storage chest...
wood storage chest...
antiqued glass table...

## RELATED ITEMS


Abalone Side Table...
An all-over abalone shell
veneer gives this fabulous
little table from Be...
Quickview


"Hannah" Mirrored Ch...
Use this functional chest
wherever you need a bit
of glamour. Chest is c...
Quickview


"Shiloh" Mirrored Sid...
Beading, mirroring  silver
leaf finish—who knew so
much glamour could fi...
Quickview


"Iris" Mirrored Ches...
Add retro style glamour to
any space with this classic
mirrored chest in...
Quickview

VERSATILE BASICS. WOW ACCENTS. RELAXED PRICES.
SHOP THE HORCHOW SLOW COLLECTION

ENTER E-MAIL FOR SPECIAL OFFERS & UPDATES    GO

CATALOG QUICK ORDER     ONLINE CATALOGS     BLOG     TO THE TRADE     TRAVEL     WISHLIST     ABOUT HORCHOW     NEIMAN MARCUS CREDIT CARD

HORCHOW          Neiman Marcus          BERGDORF GOODMAN          CUSP          lastcall

© 2013 Horchow,  Site Map,  Security & Privacy

# EXHIBIT 17

# HORCHOW
the big 40

ASSISTANCE    YOUR ACCOUNT    SHOPPING CART

**WE HEARD YOU**
Lower shipping fees on select furniture

Search...

FURNITURE

FURNITURE : BEDROOM : BEDROOM MIRRORED FURNITURE (8 OF 31)  PREV | NEXT



## "Shilo" Mirrored Chest



**We Heard You**
*Lower shipping fees on hundreds of items!*

Clean lines dressed in mirrored veneers accented with beading give this small chest a commanding presence.
- Made of select hardwoods and mirrored glass.
- Silver-leaf finish.
- Three drawers.
- 32"W x18"D x 30"T.
- Imported.
- Boxed weight, approximately 115 lbs.
  *Please note that this item may require additional delivery and processing charges.*

**"Shilo" Mirrored Chest**
$1129.00
HCS13_H6DXU

QTY 1

SHIPS FROM VENDOR
Expected to ship no later than:
08/30/2013

ESTIMATED DELIVERY &
PROCESSING CHARGE

 send  Tweet  Like  0    +WISHLIST    ADD TO CART

ZOOM +

   

### YOU MAY ALSO LIKE

    

"Amelie" Mirrored Hall Chest
$889

"Ryan" Mirrored Chest
$1,278.90

"Shilo" Mirrored Side Table
$929

"Dresden" Mirrored Chest
$1,098

"Hannah" Mirrored Chest
$999



VERSATILE BASICS. WOW ACCENTS. RELAXED PRICES.
SHOP THE HORCHOW VERSA COLLECTION

ENTER E-MAIL FOR SPECIAL OFFERS & UPDATES   GO

CATALOG QUICK ORDER    ONLINE CATALOGS    BLOG    TO THE TRADE    TRAVEL    WISHLIST    ABOUT HORCHOW    NEIMAN MARCUS CREDIT CARD

HORCHOW    *Neiman Marcus*    BERGDORF GOODMAN        lastcall

©2013 Horchow,  Site Map,  Security & Privacy

# EXHIBIT 18

*Neiman Marcus*

FREE SHIPPING
with code JUNEFS

ASSISTANCE   YOUR ONLINE ACCOUNT   Change Country   SHOPPING BAG

DESIGNERS   WOMEN'S APPAREL   SHOES   HANDBAGS   JEWELRY   ACCESSORIES   BEAUTY   THE MAN'S STORE   NM KIDS   HOME   GIFTS   SALE



## "Amelie" Mirrored Nightstand

0 Reviews

Sale! Take an extra 25% off select already reduced prices. Click for details

A mirrored nightstand adds a bit of glamour to the bedroom. Constructed of hardwood solids, then covered with mirrors and given an antiqued silver finish with antiqued gold leafing accents.

- Five drawers.
- 36"W x 19"D x 35"T.
- Imported.
- Boxed weight, approximately 154 lbs.

**"Amelie" Mirrored Nightstand**

| | |
|---|---|
| Compare At: | $869.00 |
| Special Value: | $799.00 |
| 25% Off: | $599.25 |

NMS13_H3ZX5
In Stock

QTY 1

  

    Like   79

ADD TO SHOPPING BAG

FIND IN STORE

ADD TO WISH LIST

### YOU MAY ALSO LIKE

    

Amelie Mirrored Chest
$599.00

Amelie Mirrored Hall
Chest
$899.00

"Claudia" Mirrored
Vanity/Desk & Vanity Seat
$455.00

"Chelsea" Mirrored
Chest
$999.00

### REVIEWS



"Amelie" Mirrored Nightstand

There are no reviews for this product yet. Check back soon!

**Related Searches**

Mirrored Nightstand Drawe...
Hooker Furniture Chest...
Silver Finish Decor...
Hardwood Bedroom
Furnitur...
Antiqued Office Furniture...
**More...**

**Related Items**


Neimanmarcus Hooker...
Natural materials and
neutral tones combine to
give this tranquil
Quickview


Neimanmarcus "Macon...
Stately bedroom furniture
features a European
traditional design
Quickview


Neimanmarcus "Claim...
Add a little—or a lot—of
shine to the bedroom
with this mirrored
Quickview

INVESTOR RELATIONS   CAREERS   SITE MAP   NM CREDIT CARD   { NMdaily }   InSite   FOR FASHION AND SALE NEWS,   Enter e-mail address   ▶

www.neimanmarcus.com/p/Amelie-Mirrored-Nightstand-amelie/prod80360056___/?icid=&searchType=MAIN&rte=%252Fsearch.jsp%253FN%253D0%2526Ntt...   1/2

# EXHIBIT 19-A



Sign up for emails and get a
chance at a Shopping Spree!

DESIGNERS   WOMEN'S APPAREL   SHOES   HANDBAGS   JEWELRY   ACCESSORIES   BEAUTY   THE MAN'S STORE   NM KIDS   HOME   GIFTS   SALE

FREE MONOGRAMMING ON SELECT HOME ITEMS ›

## "Clairmonte" Mirrored Nightstand

0 Reviews

Add a little—or a lot—of shine to the bedroom with this mirrored nightstand. Three drawer nightstand is crafted of select hardwoods with mirrored veneers. 28"W x 19"D x 28"T. Imported.

**"Clairmonte" Mirrored Nightstand**
Price:                              $738.00
Delivery & Processing Only:         $250.00
NMS13_H45W2
Ships from vendor

Expected to ship no later than:
07/29/2013

QTY 1

Like  14

ADD TO SHOPPING BAG

✉ ADD TO WISH LIST

### YOU MAY ALSO LIKE

ZOOM






"Clairmonte" Mirrored          "Hannah" Mirrored Chest     "Ryan" Mirrored Chest     "Shilo" Mirrored Chest
Dresser                        $999.00                     $1,278.00                 $1,129.00
$1,479.00

### REVIEWS

There are no reviews for this product yet. Check back soon!

**Related Searches**

Composite Handcrafted
Tab...
Mirrored Nightstand Drawe...
Contemporary Bedroom
Furn...
Composite Wood Table...
Handcrafted Mirrored Tabl...

**Related Items**


Neimanmarcus "Amelie...
A mirrored nightstand
adds a bit of glamour to
the bedroom. Constructed
Quickview


Neimanmarcus "Kacie"...
Small table has a
mirrored finish that lets it
adapt to any
Quickview

INVESTOR RELATIONS    CAREERS    SITE MAP    NM CREDIT CARD    { NMdaily }    InSite    FOR FASHION AND SALE NEWS,    Enter e-mail address    ▶


Neiman Marcus        HORCHOW        BERGDORF GOODMAN        CUSP        last call        Neiman Marcus 中国

© 2013  Neiman Marcus, Security & Privacy

# EXHIBIT 19-B



Sign up for emails and get a
chance at a Shopping Spree!

ASSISTANCE    YOUR ONLINE ACCOUNT    Change Country    SHOPPING BAG

DESIGNERS    WOMEN'S APPAREL    SHOES    HANDBAGS    JEWELRY    ACCESSORIES    BEAUTY    THE MAN'S STORE    NM KIDS    HOME    GIFTS    SALE

## "Clairmonte" Mirrored Dresser

0 Reviews

Add a little—or a lot—of shine to the bedroom with this mirrored dresser.

- Crafted of select hardwoods with mirrored veneers.
- Six drawers.
- 60"W x 23"D x 32"T.
- Imported.
- Boxed weight, approximately 325 lbs.

**"Clairmonte" Mirrored Dresser**
Price:       $1479.00
Delivery & Processing Only:    $250.00
NMS13__H45W4
Ships from vendor
Expected to ship no later than:
09/26/2013

QTY 1

   Like 8      ADD TO SHOPPING BAG

✖ ADD TO WISH LIST

ZOOM +

### YOU MAY ALSO LIKE

 







"Ryan" Mirrored Chest      "Chelsea" Mirrored      "Clairmonte" Mirrored      Amelie Mirrored Hall
$1,278.00                Chest               Nightstand            Chest
                         $999.00           $739.00             $899.00

### REVIEWS

There are no reviews for this product yet. Check back soon!

**Related Searches**        **Related Items**

Carved Bedroom Furniture...       Neimanmarcus "Claire...
Bedroom Furniture Mirror                  A classic parchment finish
Clairee Bedroom Furniture...              and swag detailing make
Contemporary Bedroom                this dresser a tradit...
Furn...                           Quickview
Hardwood Bedroom
Furnitur...
**More...**

            Neimanmarcus "Grand...
                 Beautifully ornate, this
                 shapely dresser features
                 acanthus leaf decorati...
                 Quickview

Neimanmarcus "Elk Br...
Clean lines make this
nightstand notably
contemporary white
Quickview

INVESTOR RELATIONS    CAREERS    SITE MAP    NM CREDIT CARD     { NMdaily }    InSite    FOR FASHION AND SALE NEWS,    Enter e-mail address   ▶

 

# EXHIBIT 20-A

# ZGALLERIE

sku #/product/keyword    Search

New    Furniture    Art    Bedding & Pillows    Accessories    Tabletop & Bar    Panels & Rugs    Mirrors & Lighting    Gifts    Sale

Furniture > Mirrored Furniture


**Omni Mirrored 3 Drawer Chest**
$799.00


**Omni Mirrored 3 Drawer Hall Chest**
$999.00


**Omni Mirrored 5 Drawer Chest**
$1,299.00


**Omni Mirrored 6 Drawer Chest**
$1,599.00


**Omni Mirrored Buffet**
$1,499.00


**Sophie Mirrored Console Table**
$499.00


**Sophie Mirrored Dining Table**
$999.00


**Encore Coffee Table**
$499.00


**Encore Console Table**
$599.00


**Borghese Mirrored 3 Drawer Chest**
$899.00


**Borghese Mirrored Buffet**
$1,199.00


**Borghese Mirrored Side Chest**
$599.00


**Borghese Mirrored 5 Drawer Chest**
$1,099.00


**Borghese Mirrored 7 Drawer Chest**
$1,399.00


**Borghese Dining Table**
$499.00 - $699.00


**Borghese Mirrored End Table**
$379.00


**Pascual Coffee Table**
$699.00


**Pascual Console Table**
$699.00


**Pascual End Table**
$399.00


**Concerto 3 Drawer Chest**
$799.00







Concerto 5 Drawer Chest
$899.00

Concerto 6 Drawer
Dresser
$999.00

Concerto Nightstand
$399.00

Simplicity Mirrored 5
Drawer Hall Chest
$999.00

Simplicity Mirrored 5
Drawer Tall Chest
$1,399.00








Simplicity Mirrored 6
Drawer Chest
$1,599.00

Simplicity Mirrored Side
Chest
$599.00

Isabella Coffee Table
$599.00

Isabella Console Table
$499.00

Andover Cabinet
$699.00




**Z Gallerie**
About us
Careers
Designer Trade Program
In the Community
Vendor Information
California Transparency in
Supply Chains Act

**Shopping Options**
Find a Store
Z Gallerie Card
Gift Cards
Gift Registry
Gift Services
Sitemap

**Customer Service**
Shipping / Delivery
Returns & Exchanges
Shopping Online
Furniture Policy
Measuring Furniture
International Shipping

**Connect with us**
800-908-6748
Contact us
Facebook
Twitter
Pinterest
Google+

Sign up for email

**Enter to win a
$1000 Gift Card**
Be the first to hear about
new products, design tips,
special events and
savings.

enter your email    Sign up

© 2013 Z Gallerie, Inc. All Rights Reserved.
Privacy & Terms | Security



# EXHIBIT 20-B

Case 4:13-cv-00165-RSB-BKE    Document 1-3    Filed 07/03/13    Page 65 of 81

# Z GALLERIE







**Palais 3 Drawer Chest**
$899.00

**Palais 5 Drawer Chest**
$1,299.00

**Palais 6 Drawer Dresser**
$1,499.00

**Omni Mirrored 5 Drawer Chest**
$1,299.00

**Omni Mirrored 6 Drawer Chest**
$1,599.00





**Concerto 3 Drawer Chest**
$799.00

**Concerto 5 Drawer Chest**
$899.00

**Concerto 6 Drawer Dresser**
$999.00

**Z Gallerie**
About us
Careers
Designer Trade Program
In the Community
Vendor Information
California Transparency in Supply Chains Act

**Shopping Options**
Find a Store
Z Gallerie Card
Gift Cards
Gift Registry
Gift Services
Sitemap

**Customer Service**
Shipping / Delivery
Returns & Exchanges
Shopping Online
Furniture Policy
Measuring Furniture
International Shipping

**Connect with us**
800-908-6748
Contact us
Facebook
Twitter
Pinterest
Google+

Sign up for email

**Enter to win a $1000 Gift Card**
Be the first to hear about new products, design tips, special events and savings.

enter your email    Sign up

© 2013 Z Gallerie, Inc. All Rights Reserved.
Privacy & Terms | Security



# EXHIBIT 21



# Product Detail Sheet

## T2815-910  Palazzina Grand Chest



| | |
|---|---|
| Collection: | **Hollywood Glam** |
| Dimensions: | **67x23x37H Champaign Silver** |
| UPC # | **036155295763** |
| Type: | **Mirrored Furniture** |
| Family: | **HGLAM** |
| List Price: | **$899.00** |

# EXHIBIT 22-A

# Z GALLERIE

sku#/product/keyword          Search

New    Furniture    Art    Bedding & Pillows    Accessories    Tabletop & Bar    Panels & Rugs    Mirrors & Lighting    Gifts    Sale

Furniture > Bedroom > Nightstands > Palais 2 Drawer Nightstand




     

Zoom/View More Images

## Palais 2 Drawer Nightstand

★ ★ ★ ★ ☆   Write the first review

**$599.00**                    Share          Like   0

SKU#              014773001
Availability      Ships in 7-8 Weeks ⓘ
Dimensions        31"W x 21"D x 29.5"H

Qty  1      Add to Cart      Add to Registry

| Description | Details & Dimensions | Other Info |
|---|---|---|

Simultaneously modern yet old world, our gorgeous new Palais Collection includes a broad assortment of pieces that will enhance any room in the house. An eight step finishing process creates an exquisite soft champagne glow that marries silver and gold for a romantic and regal look. Antique mirrored panels finish the top of each piece completing this elegant look. The Palais Collection is exclusive to Z Gallerie.

**You May Also Like:**

## Z Gallerie
About us
Careers
Designer Trade Program
In the Community
Vendor Information
California Transparency in Supply Chains Act

## Shopping Options
Find a Store
Z Gallerie Card
Gift Cards
Gift Registry
Gift Services
Sitemap

## Customer Service
Shipping / Delivery
Returns & Exchanges
Shopping Online
Furniture Policy
Measuring Furniture
International Shipping

## Connect with us
800-908-6748
Contact us
 Facebook
 Twitter
 Pinterest
 Google+

Sign up for email

**Enter to win a $1000 Gift Card**
Be the first to hear about new products, design tips, special events and savings.

enter your email      Sign up

© 2013 Z Gallerie, Inc. All Rights Reserved.
Privacy & Terms | Security




# EXHIBIT 22-B



# Product Detail Sheet

### T2815-990  Palazzina Night Chest



| | |
|---|---|
| Collection: | **Hollywood Glam** |
| Dimensions: | **31x21x30H Champaign Silver** |
| UPC # | **036155295787** |
| Type: | **Mirrored Furniture** |
| Family: | **HGLAM** |
| List Price: | **$399.00** |

# EXHIBIT 23

| Date | Shipper Name | Consignee Name | Quantity | Country of Origin | Foreign Port of Lading | U.S. Port of Unlading | U.S. Destination Port | Commodity | Bill of Lading Number |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Company, Inc | 96 | China | | Yantian, China | Georgia Ports Authority, Savannah, Georgia | Georgia Ports Authority, Savannah, Georgia | Amelie 2 Door Mirrored Chest Amelie Mirrored Hall Chest Amelie Small Mirror Chest Dresden Mirrored Chest That #362027 #88540190 : 9403. 60. 8081 | NYKS238 2065271 |
| 06/03/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Company, Inc | 155 | China | | Yantian, China | Georgia Ports Authority, Savannah, Georgia | Georgia Ports Authority, Savannah, Georgia | Amelie 2 Door Mirrored Chest Amelie Mirrored Buffet Amelie Small Mirror Chest Dresden Mirrored Side Table Dresden Mirrored Console That #362026, 50603 #88540174 : 9403. 60. 8081 | NYKS238 2269690 |
| 05/20/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Company, Inc | 125 | China | | Yantian, China | Georgia Ports Authority, Savannah, Georgia | Georgia Ports Authority, Savannah, Georgia | Amelie Mirrored Hall Chest Amelie Small Mirror Chest Chest Mirrored Breakfront Console Dresden Mirrored Chest Dresden 4 Door Console That #362024, 50696, 50603 #88540158 : 9403. 60. 8081 | NYKS238 2385730 |
| 02/18/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Company,Inc | 75 | China | | Yantian, China | Georgia Ports Authority, Savannah, Georgia | Georgia Ports Authority, Savannah, Georgia | Amelie Mirrored Buffet Amelie Small Mirror Chest Dresden Mirrored Chest That #361402, 50603, 349949 #88534839 : 9403. 60. 8081 | NYKS238 2277880 |
| 01/14/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Company,Inc | 74 | China | | Yantian, China | Georgia Ports Authority, Savannah, Georgia | Georgia Ports Authority, Savannah, Georgia | Amelie 2 Door Mirrored Chest Amelie Mirrored Cabinet That #354049 #88475926 : 9403. 60. 8081 | NYKS238 2220460 |

# EXHIBIT 24

| Date | Shipper Name | Consignee Name | Quantity | Country of Origin | Foreign Port of Lading | U.S. Port of Unlading | U.S. Destination Port | Commodity | Bill of Lading Number |
|---|---|---|---|---|---|---|---|---|---|
| 03/25/2013 | Hanghai Woodcraft S Art Factory | Bassett Mirror Company | 46 | China | Yantian, China | Wilmington, Wilmington, North Carolina | Wilmington, Wilmington, North Carolina | 6 Drawer Chest; 5 Drawer Chest; 2 Drawer Chest; | HJSCSZP 323317600 |
| 02/18/2013 | Hanghai Woodcraft S Art Factory | Bassett Mirror Company | 178 | China | Yantian, China | Wilmington, Wilmington, North Carolina | Wilmington, Wilmington, North Carolina | Mirrored Magazing Chairside Chest; Chairside C \N Mirrored Magazing Chairside Chest; Chairside C | HJSCSZP 302238500 |
| 07/25/2012 | Zhong Shun Wood Art Co | Bassett Mirror Company, Inc | 377 | China | Yantian, China | Wilmington, Wilmington, North Carolina | Wilmington, Wilmington, North Carolina | Decorative Wood Mirror, Wooden Chest, Wooden Ta Decorative Wood Mirror, Wooden Chest, Wooden Ta | HJSCSZP 291179200 |
| 07/01/2012 | Hanghai Woodcraft S Art Factory Co | Bassett Mirror Company | 98 | China | Yantian, China | Wilmington, Wilmington, North Carolina | Wilmington, Wilmington, North Carolina | Mirrored 2 Door Chest, Mirrored Lady S Writing | HJSCSZP 274705500 |
| 11/30/2010 | Hang Hai Woodcraft S Art Factory Co | Bassett Mirror Company | 288 | China | Yantian, China | Wilmington, Wilmington, North Carolina | Wilmington, Wilmington, North Carolina | Glass Mirrors Framed Exc Rearview Mirrored Jewelry Chest Mirroredmagazine Chairside Chest Sever Sideboard Chest Break Front Buffet Mirrored Drawer Console Glass Mirrors Framed Exc Rearview Mirrored Jewelry Chest Mirroredmagazine Chairside Chest Sever Sideboard Chest Break Front Buffet Mirrored Drawer Console Glass Mirrors Framed Exc Rearview Mirrored Jewelry Chest Mirroredmagazine Chairside Chest Sever Sideboard Chest Break Front Buffet Mirrored Drawer Console Glass Mirrors Framed Exc Rearview Mirrored Jewelry Chest Mirroredmagazine Chairside Chest Sever Sideboard Chest Break Front Buffet Mirrored Drawer Console | YMLUE30 0183255 |

# EXHIBIT 25

| Date | Shipper Name | Consignee Name | Quantity | Country of Origin | Foreign Port of Lading | U.S. Port of Unlading | U.S. Destination Port | Commodity | Master Bill of Lading Number |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Co., Inc. | 600 | China | Yantian, China | Port of Virginia, Norfolk, Virginia | Port of VirginiaN orfolk, Virginia | Furniture(Chest, Mirror) \N Furniture(Chest, Mirror) \N Furniture(Chest, Mirror) | ZIMUSH H023765 6 |
| 05/09/2013 | Ding Hui Furniture Factory | Bassett Mirror Co., Inc. | 132 | China | Yantian, China | Port of Virginia, Norfolk, Virginia | Port of Virginia, Norfolk, Virginia | Furniture(Console, Chest) \N Furniture(Chest, Console) | ZIMUSH H023393 0 |
| 01/02/2013 | Hang Hai Woodcraft's Art Factory Co | Bassett Mirror Company Inc. | 116 | China | Yantian, China | Port of Virginia, Norfolk, Virginia | Port of Virginia, Norfolk, Virginia | Mirrored Grand Pantry Chest, Grand Hall Chest \N Mirrored Grand Pantry Chest, Grand Hall Chest | CHHKYT NORF10 1721 |
| 10/31/2012 | Zhong Shun Wood Art Co. | Bassett Mirror Company,Inc | 944 | China | Shekou, China | Port of Virginia, Norfolk, Virginia | Port of Virginia, Norfolk, Virginia | Wooden Chest Wooden Table Decorative Wood Mirror Decorative Mirror That #090564, 50386, 50588, 50529, 50 528, 49262, 50643, 50578, 50551, 50738, 517124 Hs Code: 7009. 92. 5000, 9403. 60. 8081 \N Wooden Chest Wooden Table Decorative Wood Mirror Decorative Mirror That #090564, 50386, 50588, 50529, 50 528, 49262, 50643, 50578, 50551, 50738, 517124 Hs Code: 7009. 92. 5000, 9403. 60. 8081 \N Wooden Chest Wooden Table Decorative Wood Mirror Decorative Mirror That #090564, 50386, 50588, 50529, 50 528, 49262, 50643, 50578, 50551, 50738, 517124 Hs Code: 7009. 92. 5000, 9403. 60. 8081 | |
| 01/22/2012 | Zhong Shun Wood Art Co. | Bassett Mirror Co. | 291 | China | Yantian, China | Port of Virginia, Norfolk, Virginia | Port of Virginia, Norfolk, Virginia | Furniture(Mirror, Chest, Table) Furniture(Mirror, Chest, Table) | MSCUR B502392 |

# EXHIBIT 26

| Date | Shipper Name | Consignee Name | Quantity | Country of Origin | Foreign Port of Lading | U.S. Port of Unlading | U.S. Destination Port | Commodity | Master Bill of Lading Number |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/2013 | Hang Hai Woodcraft's Art Factory Co | Bassett Mirror Co., Inc. | 111 | China | Yantian, Ch | Port of Long Beach, Long Beach, California | Port of Long Beach, Long Beach, California | Furniture(Chest, Buffet) \N Furniture(Chest, Buffet) | MSCUDS738062 |
| 06/05/2013 | Ding Hui Furniture Factory | Bassett Mirror Co., Inc. | 113 | China | Yantian, Ch | Port of Long Beach, Long Beach, California | Port of Long Beach, Long Beach, California | Furniture(Chest, Commode) | MSCUDS681437 |
| 05/30/2013 | Hang Hai Woodcraft's Art Factory Co | Bassett Mirror Co., Inc. | 40 | China | Yantian, Ch | Port of Long Beach, Long Beach, California | Port of Long Beach, Long Beach, California | Furniture(Drawer Console) | MSCUDS681239 |
| 11/09/2012 | Hang Hai Woodcraft's Art Factory Co | Bassett Mirror Co., Inc. | 102 | China | Yantian, China | Port of Long Beach, Long Beach, California | Port of Long Beach, Long Beach, California | Furniture(Console, Chest) \N Furniture(Console, Chest) | MSCURC922441 |
| 11/07/2012 | Ding Hui Furniture Factory | Bassett Mirror Co., Inc. | 103 | China | Yantian, China | Port of Long Beach, Long Beach, California | Port of Long Beach, Long Beach, California | Furniture(Mirrored Commode, Drawer Hall Chest) | MSCURC921997 |

# EXHIBIT 27

| Date | Shipper Name | Consignee Name | Quantity | Country of Origin | Foreign Port of Lading | U.S. Port of Unlading | U.S. Destination Port | Commodity | Master Bill of Lading Number |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/2013 | Zhong Shun Wood Art Co. | Bassett Mirror Co., Inc. | 278 | China | Yantian, China | The Port of Los Angeles, Los Angeles, California | The Port of Los Angeles, Los Angeles, California | Furniture(Chest, Mirror, Console, Bench) | MAEU602673977 |
| 01/30/2012 | Hang Hai Woodcraft's Art Factory Co | Bassett Mirror Co. | 118 | China | Yantian, China | The Port of Los Angeles, Los Angeles, California | The Port of Los Angeles, Los Angeles, California | Furniture(Console) Furniture(Console) | MAEU601846193 |
| 01/30/2012 | Zhong Shun Wood Art Co. | Bassett Mirror Co. | 156 | China | Yantian, China | The Port of Los Angeles, Los Angeles, California | The Port of Los Angeles, Los Angeles, California | Wooden Chest | MAEU601846193 |
| 01/30/2012 | Zhong Shun Wood Art Co. | Bassett Mirror Co. | 156 | China | Yantian, China | The Port of Los Angeles, Los Angeles, California | The Port of Los Angeles, Los Angeles, California | Wooden Chest | MAEU601846193 |
| 01/30/2012 | Zhong Shun Wood Art Co. | Bassett Mirror Co. | 171 | China | Yantian, China | The Port of Los Angeles, Los Angeles, California | The Port of Los Angeles, Los Angeles, California | Wooden Chest | MAEU601846193 |