IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KELLY RENEE WELLS, | ) ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 4:13-CV-000165 |
| v. | ) ) ) |
| BASSETT MIRROR COMPANY, INC.; MACY'S, INC.; THE NEIMAN MARCUS GROUP, INC.; and Z GALLERIE, INC., | ) UNDER SEAL ) ) ) |
| Defendants. | ) |

**UNITED STATES' NOTICE OF INTERVENTION IN PART
FOR PURPOSES OF SETTLEMENT AND DECLINATION IN PART**

The United States of America ("United States"), by and through undersigned counsel, respectfully files (1) a notice of its election to intervene for the purposes of settlement with Bassett Mirror Company, Inc. ("Bassett"), and (2) a notice of its election to decline intervention as to the remaining Defendants, The Neiman Marcus Group, Inc. ("Neiman Marcus") and Macy's, Inc. ("Macy's").

I. **United States' Notice of Its Election to Intervene for Purposes of Settlement with Bassett.**

The United States, Relator, and Defendant Bassett have reached a settlement agreement to resolve the claims against Bassett. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene against Bassett for the purposes of settlement.

## II. United States Notice of Its Election to Decline Intervention as to Neiman Marcus and Macy's.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States, by and through the undersigned counsel, notifies the Court of its decision to decline intervention in this action as to Defendants Neiman Marcus and Macy's.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States, providing, however, that the action may only be dismissed if the Court and the Attorney General give written consent to the dismissal. Accordingly, if the Relator elects to voluntarily dismiss this action, the United States consents to such dismissal without prejudice to the rights and interests of the United States.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the counsel of record for the United States. The United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the Relator's action or claim(s) on any appropriate grounds. The United States also requests that it be served with all notices of appeal.

A proposed order is attached for the Court's consideration.

[signatures to follow]

Respectfully submitted, this 22nd day of December, 2017,

                                    BOBBY L. CHRISTINE
                                    UNITED STATES ATTORNEY

                                    _____
                                    J. THOMAS CLARKSON
                                    Assistant United States Attorney
                                    Georgia Bar No. 656069
                                    Post Office Box 8970
                                    Savannah, Georgia 31412
                                    (912) 652-4422
                                    Thomas.Clarkson@usdoj.gov

                                    /s/ Jake Shields
                                    MICHAEL D. GRANSTON
                                    COLIN M. HUNTLEY
                                    JAKE M. SHIELDS
                                    Attorneys, U.S. Department of Justice
                                    Civil Division, Fraud Section
                                    601 D. Street N.W.
                                    Washington, DC 20004
                                    Telephone: (202) 305-4880
                                    jake.m.shields@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2017, a true and correct copy of the United States' Notice of Intervention in Part for Purposes of Settlement and Declination in Part and proposed order were sent by first class mail and email to counsel for the Relator.

Because this action has been filed <u>under</u> <u>seal</u> pursuant to 31 U.S.C. § 3730(b), the Defendants have not been served with copies of the foregoing.

_____
J. THOMAS CLARKSON
Assistant United States Attorney
Southern District of Georgia