IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 JAN 22 PM 4: 2⁻
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KELLY RENEE WELLS, <br><br> Plaintiffs, <br><br> v. <br><br> BASSETT MIRROR COMPANY, INC.; MACY'S, INC.; THE NEIMAN MARCUS GROUP, INC.; and Z GALLERIE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 4:13-CV-000165 ) ) ) ) ) ) ) |

ORDER

Upon consideration of the Stipulation of Dismissal as to Bassett Mirror Company, Inc., **IT IS ORDERED** that, consistent with the terms of the settlement agreement executed between the United States, Relator, and Defendant Bassett Mirror Company, Inc., all Counts against Bassett Mirror Company, Inc., are hereby **DISMISSED**.

Dated: January 22, 2018

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA