FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -7 PM 3: 05

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KELLY RENEE WELLS,<br><br>Plaintiff,<br>v.<br><br>BASSETT MIRROR COMPANY, INC.; MACY'S INC.; THE NEIMAN MARCUS GROUP, INC.; AND Z GALLERIE, INC.<br><br>Defendants. | CASE NO.<br>4:13-cv-000165-LGW-GRS |

## CONSENT ORDER

Upon consideration of Defendant Macy's Consent Motion to Set Schedule to File Amended Complaint and Responsive Pleading ("Motion") and for good cause shown, the Motion is **GRANTED**, and **IT IS HEREBY ORDERED** that:

1. Plaintiff shall have up to and through **May 15, 2018**, to file her Amended Complaint; and

2. Defendant Macy's shall have up to and through **June 15, 2018**, to file its responsive pleading to the Amended Complaint or, should no Amended Complaint be filed, to the original Complaint.

**SO ORDERED** this 7th day of May, 2018.

_____
G.R. Smith, Magistrate Judge