IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KELLY RENEE WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>MACY'S, INC., et al.,<br><br>        Defendants. | Civil Action No. 4:13-cv-165 |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

The United States of America and Kelly Renee Wells, by and through the undersigned counsel, respectfully notify the Court that the parties have finalized the settlement of this action. The parties request that this Court dismiss the action, pursuant to and consistent with the terms of the Settlement Agreement, reserving to each party all rights under the Settlement Agreement.

This 17th day of December, 2018.

        Respectfully submitted,

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        s/ J. Thomas Clarkson
        J. THOMAS CLARKSON
        Assistant United States Attorney
        Georgia Bar No. 656069
        Post Office Box 8970
        Savannah, Georgia  31412
        Telephone:  (912) 652-4422
        Facsimile:  (912) 652-4227
        Email: thomas.clarkson@usdoj.gov

/s/ Page A. Pate
Page A. Pate
PATE & JOHNSON, LLC
Georgia Bar No.: 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
Attorney for Plaintiff Kelly Renee Wells

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

/s/ J. Thomas Clarkson

J. Thomas Clarkson
Assistant United States Attorney