IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KELLY RENEE WELLS, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S INC., et al., <br><br> Defendant. | CIVIL ACTION NO.: 4:13-cv-165 |

## O R D E R

Upon consideration of the notice and stipulation filed by the United States and Kelly Renee Wells, (doc. 65), and good cause having been established,

IT IS HEREBY ORDERED THAT this action shall be dismissed, pursuant to and consistent with the terms of the Settlement Agreement. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 2nd day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA